UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re  
Yalonda Graham,  
    Debtor.

Chapter 7  
Case No. 16−23779−svk

## NOTICE OF TELEPHONE HEARING

TO:     Yalonda Graham                    Attorney Clifton G. Owens  
                                                      United States Trustee

    PLEASE TAKE NOTICE that a telephone hearing will be held via conference call before Susan V. Kelley, Chief United States Bankruptcy Judge, on **August 2, 2016, at 12:00 PM,** to consider the United States Trustee's Motion to Dismiss Pursuant to 11 U.S.C. § 707(b)(1) based on 11 U.S.C. §§ 707(b)(2) and (3).

    PLEASE TAKE FURTHER NOTICE that **in order to appear by telephone, you must call the Court conference line at 1−888−675−2535, and enter access code 9918878 before the scheduled hearing time.** The Court may already be in session, so please wait quietly for your case to be called.

    **Should any party have a conflict with the scheduled date and time for this hearing, that party should contact the Court (414−290−2660), with the other interested parties on the line, to reschedule this hearing to a mutually agreeable date and time.**

    PLEASE TAKE FURTHER NOTICE that at the telephone hearing, the Court may rule or may schedule additional hearings, without further notice.

                                                                  By the Court:

                                                                  _____/s/_____  
July 6, 2016                                                  Susan V. Kelley  
                                                                  Chief United States Bankruptcy Judge