UNITED STATES BANKRUPTCY COURT     EASTERN DISTRICT OF WISCONSIN

In re:

    Yalonda S. Graham                      Case No.16-23779
              Debtor.                      Chapter 7 Proceeding

## NOTICE OF VOLUNTARY CONVERSION TO CHAPTER 13

NOW COMES the above referenced Debtor, Yalonda S. Graham, by Clifton G. Owens, Attorney for debtor, and provides notice to the Court of her conversion to a Chapter 13 proceeding under the United States Bankruptcy Code.

1. Debtor filed a petition under Chapter 7 on the 20th day of April 2016.

2. Debtor is eligible for relief under Chapter 13.

3. Debtor has not previously converted this proceeding to another Chapter.

Dated at Milwaukee, Wisconsin, this 4th day of September 2016

                            S/_____
                            Clifton G. Owens
                            Attorney for Debtor
                            State Bar No. 01010362

Dated at Milwaukee, Wisconsin, this 4th day of September 2016

                            S/_____
                            Yalonda S. Graham Debtor

Drafted By:
Clifton G. Owens
8131 West Capitol Drive
Milwaukee, WI 53222
414-462-5050, Fax: 414-462-7114
cgowens8131@aol.com