UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:                                                           Chapter 13
YALONDA GRAHAM                                Case No.   16-23779-SVK

            Debtor.
_____

**NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION**
_____

PLEASE TAKE NOTICE that Mary B. Grossman, Standing Chapter 13 Trustee has filed papers with the court objecting to the proposed Chapter 13 plan filed by the Debtor.

<u>**Your rights may be affected.**</u>   **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.**   **(If you do not have an attorney, you may wish to consult one.)**

A telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on **January 3, 2017 at 10:30 a.m.**, to consider the Trustee's Objection to Confirmation. **To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time.**   Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called.

       Dated at Milwaukee, Wisconsin, on December 8, 2016.


                                         /s/_____
                                         Mary B. Grossman, Trustee
                                         Robert W. Stack, Staff Attorney
                                         Christopher D. Schimke, Staff Attorney
                                         Sandra M. Baner, Staff Attorney
                                         Chapter 13 Standing Trustee
                                         P.O. Box 510920
                                         Milwaukee, Wisconsin 53203
                                         T:  (414) 271-3943
                                         F:  (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

---

In the Matter of:
YALONDA GRAHAM

        Chapter 13
        Case No. 16-23779-SVK

    Debtor.

---

**TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN**

---

The Trustee, Mary B. Grossman, hereby objects to the proposed Chapter 13 Plan in this bankruptcy proceeding for the following reason(s):

Due to errors in the Means Test the Trustee is unable to confirm that all required disposable income is being paid to the plan and that sufficient payment is being made for the benefit of the General Unsecured Creditors.

Debtor claims a vehicle ownership expense of $390 but Debtor does not have a vehicle loan or lease. The Trustee suggests that the Disposable Monthly Income is $947.98 and Debtor's plan must provide for distribution to unsecured creditors of at least $56,878.

The amount to be paid through the Plan for attorney fees is unclear and the Trustee is unable to determine feasibility without knowing this amount.

    Dated at Milwaukee, Wisconsin, on December 8, 2016

                      OFFICE OF CHAPTER 13 TRUSTEE

                      /s/_____
                      Mary B. Grossman, Chapter 13 Trustee
                      Robert W. Stack, Staff Attorney
                      Christopher D. Schimke, Staff Attorney
                      Sandra M. Baner, Staff Attorney

**P.O. ADDRESS:**
P.O. Box 510920
Milwaukee, WI   53203
414-271-3943
414-271-9344 (Fax)
info@chapter13milwaukee.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:                                         Chapter 13
YALONDA GRAHAM                       Case No. 16-23779-SVK

                     Debtor.

## CERTIFICATE OF SERVICE

       I hereby certify that on December 8, 2016, the **TRUSTEE'S OBJECTION TO CONFIRMATION OF DEBTOR'S PROPOSED CHAPTER 13 PLAN and NOTICE OF TELEPHONE HEARING ON TRUSTEE'S OBJECTION TO CONFIRMATION** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

                 OFFICE OF THE U.S. TRUSTEE
                 CLIFTON G. OWENS

       I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

                 YALONDA GRAHAM
                 8511 W CHEYENNE ST
                 MILWAUKEE, WI 53224-4847

       Dated:    December 8, 2016

                                               /s/_____
                                               Tongula Washington
                                               Administrative Assistant
                                               Office of the Chapter 13 Trustee
                                               P.O. Box 510920
                                               Milwaukee, WI 53203
                                               T: (414) 271-3943
                                               F: (414) 271-9344