UNITED STATES BANKRUPTCY COURT    EASTERN DISTRICT OF WISCONSIN

In re:

    Yalonda Graham,    Case No.: 16-23779

    Debtor.    Chapter 13 Proceeding

NOTICE OF OBJECTION AND OBJECTION TO
TRUSTEE'S MOTION TO DISMISS - UNCONFIRMED PLAN

PLEASE TAKE NOTICE that the undersigned, as attorney for the above named debtor, Yalonda Graham, hereby objects to the Motion to Dismiss-Unconfirmed Plan filed by the Trustee, Mary B. Grossman, in the herein filed matter.

**<u>Your rights may be affected</u>. You should read this objection carefully and discuss it with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult with one.)**

This objection to the Trustee's Motion to Dismiss-Unconfirmed Plan is filed on behalf of the debtor, Yalonda Graham, the debtor has filed serveral objections to claims that are disputed by the debtor .

WHEREFORE, the movant asks of the Court as follows:

1.    That the court schedule a hearing on the debtor's objection to the Trustee's Motion to Dismiss-Unconfirmed Plan;

2.    That the court issue an order dismissing the Trustee's Motion to Dismiss-Unconfirmed Plan;

Drafted By:
Clifton G. Owens
8131 West Capitol Drive
Milwaukee, WI 53222
414.462.5050, FAX: 414.462-7114
cgowens8131@aol.com

3. That the court grant the debtor any such further relief that it deems appropriate in this proceeding.

Dated at Milwaukee, Wisconsin, this 26th day of January 2017.

/s/ Clifton G Owens
Clifton G. Owens
Attorney for Debtor
State Bar No: 1010362
8131 West Capitol Drive, Milwaukee, WI 53222
414-462-5050, 414-462-7114(Fax) CGOWENS8131@AOL.COM

CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of January 2017 a true and correct of the foregoing was served upon the parties listed below by electronic case filing or by United States first Class Mail Service, postage paid, with return address noted thereon in the case of non-delivery.

Yalonda Graham, 8511 W Cheyenne St, Milwaukee, WI 53224
Mary Grossman, Chapter 13 Trustee, info@chapter13milwaukee.com

/s/ Clifton G Owens
Clifton G. Owens
State Bar No.: 01010362