# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF WISCONSIN

In re Yalonda Graham

,

Debtor.

Chapter 13

Case No. 16-23779 -svk

## NOTICE OF TELEPHONE HEARING ON TRUSTEE'S MOTION TO DISMISS

PLEASE TAKE NOTICE that a telephone hearing will be held before the Honorable Susan V. Kelley, United States Bankruptcy Judge, on **February 14, 2017** at **11:00 am** , to consider the Trustee's Motion to Dismiss this case. **To appear by telephone, you must call the Court conference line at 1-888-675-2535, access code 9918878 before the scheduled hearing time.** Please note that the Court may already be in session, so please wait quietly on the telephone for your case to be called. The Debtor is welcome, but not required to participate in this hearing.

Debtors' attorney

Drafted by:

Attorney Clifton G Owens
8131 W Capitol Drive
Milwaukee, WI 53222
414-462-5050
CGOwens8131@8131@aol.com